IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-115-MOC-DCK

| RENUKA TYAGI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by Hannah D. Stetson, concerning Franklin G. Shuler, Jr. on April 27, 2018. Mr. Shuler seeks to appear as counsel *pro hac vice* for Defendant Cigna Life Insurance Company of New York. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Mr. Shuler is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 27, 2018

David C. Keesler
United States Magistrate Judge